[No. 13795-0-II.   Division Two.   April 1, 1993.]

SEATTLE FIRST NATIONAL BANK, *Respondent*, v. ROBERT
J. O'REILLY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89-2-01901-6, Daniel J. Berschauer, J.,

entered February 16, 1990. *Reversed* by unpublished opinion per Petrich, J., concurred in by Seinfeld, A.C.J., and Morgan, J.